In the Matter of JOHN W. BRODERICK, Appellant, v FELIX J. CATENA, as Montgomery County Court Judge, et al., Respondents.

Submitted January 5, 2009; decided February 17, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.